**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:  West Palm Beach**

In re:   SHAUN D. PATERSON                                    CASE NO.  10-42517-PGH

      JANE PATERSON                                              Chapter 13
              Debtor(s)

_____/

**CERTIFICATE OF SERVICE**
and
**CERTIFICATE OF COMPLIANCE WITH**
**LOCAL RULE 9073-1(D)**

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing (CP#45)  on Debtor's

Objection to Claim of Portfolio Recovery Associates, LLC [#18], *and a true copy of the motion or other paper*

*that is the subject of the notice of hearing* (if not previously served) were served this 4th day of March, 2011

follows:

        Via ECMF to:
        Robin R. Weiner, Chapter 13 Trustee
        Office of the U.S. Trustee

        Via U.S. Mail to:
        Portfolio Reovery Associates, LLC, POB 12914, Norfolk, VA  23541

    *I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a*
*hearing.*

                     SEAN I. KOPLOW, P.A.
                     6801 Lake Worth Rd., #315
                     Lake Worth, FL  33467
                     Telephone:  561/642-3000
                     Facsimile:  561/965-4966

          By:      */s/ Sean I. Koplow*
                     Attorney for the Debtors
                     FBN: 0463205

SIK:lmt