**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ 1st ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Shaun D Paterson    JOINT DEBTOR: Jane Paterson    CASE NO.: 10-42517-PGH
Last Four Digits of SS# xxx-xx-0165    Last Four Digits of SS# xxx-xx-2311

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ 990.00 for months 1 to 60 ;
- B. $ _____ for months ___ to ___ ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00    TOTAL PAID $ 823.00
Balance Due $ 2,827.00    payable $ 890.00 /month (Months 1 to 3 )
                                         157.00                                   4      4

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-    Total Due $ _____
         Payable $ _____ /month    (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay $ 10.00 /month (Months 1 to 3 ).
                    Pay $ 743.00 /month (Months 4 to 4 ).
                    Pay $ 900.00 /month (Months 5 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Special Intentions:
Ally: (acct # 3123) Debtor will pay claim directly
CarMax Auto Finance: (acct# 6750)Debtor will pay claim directly
Resort Funding, LLC:(acct 14170) Debtor will pay claim directly
Smith Farm: (acct # 2901) Debtor will pay claim directly .
Well Fargo Financial: Acct# 8699)Debtor will pay claim directly .
Forest View Village HOA, Inc.(acct# 165) Debtor will pay claim directly
BMW Financial Services: (acct# 0927) Debtor is surrendering the Property to Creditor .

Debtor shall provide copies of yearly income tax returns to the Trustee, upon request,  no later than May 15th during the pendency of the Chapter 13 case.  In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed secured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ SHAUN PATERSON | /s/ JANE PATTERSON |
|---|---|
| Shaun D Paterson | Jane Paterson |
| Debtor | Joint Debtor |
| Date:  3/9/11 | Date:  3/9/11 |